UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Charles S. Singer, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>Diversified Adjustment Service, Inc.,<br><br>Defendant | Case No. 2:25-cv-01852-CDS-MDC<br><br>**Order Directing Parties to File a Joint Status Report** |

Plaintiff Charles Singer, individually and on behalf of all others similarly situated, filed a notice indicating the dispute with Diversified Adjustment Services, Inc. is resolved. Notice, ECF No. 10. Where no class has been certified and dismissal would not affect putative class members' claims, Rule 23(e) does not mandate either court approval of the parties' settlement or notice to putative class members. *Gaefcke v. Flatiron West, Inc.*, 2024 U.S. Dist. LEXIS 5390, *3 (E.D. Cal. Jan. 9, 2024) (citing *Titus v. BlueChip Fin.*, 786 F. App'x 694, 695 (9th Cir. 2019)). In such a case, the settlement of this putative class would be governed by Rule 41 and a voluntary dismissal or joint stipulation of dismissal would be sufficient. However, because the court is unsure whether Singer intends to dismiss the putative class members' claims with or without prejudice, the parties are instructed to file a joint status report so advising by December 29, 2025.

Dated: December 15, 2025

_____
Cristina D. Silva
United States District Judge