UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Charles S. Singer, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>Diversified Adjustment Service, Inc.,<br><br>Defendant | Case No. 2:25-cv-01852-CDS-MDC<br><br>**Order Closing Case** |

Although plaintiff Charles Singer brought this case as a putative class action, and was ordered to file a status report addressing whether dismissal would affect the putative class members, that order was ignored and instead he voluntarily dismissed this action under Rule 41(a) of the Federal Rules of Civil Procedure. ECF No. 12.

Therefore, I construe Singer's dismissal of this action to be with prejudice as to Singer only and without prejudice as to the putative class members. I apply Rule 41(a), not Rule 23(e), in the disposition of this matter because no class is certified. *See Frias v. G4S Secure Sols. (USA) Inc.*, 2021 U.S. Dist. LEXIS 128578, at *2 (E.D. Cal. July 9, 2021) (citation omitted) ("On December 1, 2003, Rule 23(e) was amended to allow the 'parties to a proposed class action to stipulate to dismissal of the action without any judicial approval where the class has not yet been certified.'").[1] As no class is certified in this action, the putative class members are not bound by the settlement and dismissal of Singer. The Clerk of Court is kindly instructed to close this case.

Dated: January 7, 2026

_____
Cristina D. Silva
United States District Judge

---

[1] No answer or motion for summary judgment is filed.